

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Virgil Edward Kuykendall, Appellant

No. 06-13-00125-CV      v.

Jessica Beverly, Appellee

Appeal from the 294th District Court of Van Zandt County, Texas (Tr. Ct. No. 00-00410). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings.

We further order that the appellee, Jessica Beverly, pay all costs of this appeal.

RENDERED JUNE 13, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk